■ GERSON-OGDEN, INC., Respondent, v TEMPO COMMUNICATIONS INC., Appellant. GERSON-OGDEN INC., Respondent, v AVON PRODUCTS, INC., et al., Appellants, et al., Defendant.—Order, Supreme Court, New York County, entered on July 9, 1980, unanimously affirmed on the opinion of

Nadel, J., at Special Term. Respondent shall recover of defendants-appellants $75 costs and disbursements of this appeal. Concur—Birns, J. P., Fein, Sullivan, Markewich and Yesawich, JJ.